| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | | |
| --- | --- | --- | --- |
| 1. | **Debtor's name** | **GetSwift, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **30-0894235** | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1185 6th Avenue** <br> **New York, NY 10036** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New York** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.getswift.co** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ | |

| Debtor | **GetSwift, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5415__

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

Debtor    **GetSwift, Inc.**
_____ Name                                                    Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **GetSwift Technologies Limited** | Relationship | **Parent** |
| District | **Southern District of New York** | When **08/02/2022** | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **GetSwift, Inc.** | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

**16.  Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **GetSwift, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct

.Executed on   **08 / 02 / 2022**
                MM / DD / YYYY

X _____          **Joel MacDonald**
Signature of authorized representative of debtor          Printed name

Title    **President and Secretary**

---

**18. Signature of attorney**

X   **/s/Janice B. Grubin**                          Date **08 / 02 / 2022**
Signature of attorney for debtor                              MM / DD / YYYY

**Janice B. Grubin**
Printed name

**Barclay Damon LLP**
Firm name

**1270 Avenue of the Americas**
**Suite 501**
**New York, NY 10020**
Number, Street, City, State & ZIP Code

Contact phone   **212-784-5808**          Email address   **jgrubin@barclaydamon.com**

**2202349 NY**
Bar number and State

**WRITTEN CONSENT**
**OF THE**
**BOARD OF DIRECTORS**
**OF**
**GETSWIFT, INC.**

**As of July 29, 2022**

**THE UNDERSIGNED**, being the sole member of the board of directors (the "<u>Board</u>") of **GETSWIFT, INC.**, a Delaware corporation (the "<u>Corporation</u>"), takes the following actions and consents to the adoption of the following resolutions (the "<u>Resolutions</u>") without a meeting pursuant to Section 141(f) of the Delaware General Corporation Law and Article III, Section 9 of the By-Laws of the Corporation:

**WHEREAS** the Board has been informed and is aware that the Corporation is experiencing financial difficulties and that, as a result of such difficulties, it is desirable and in the best interests of the Corporation and its creditors, employees and other interested parties that a petition be filed by the Corporation, seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"); and

**WHEREAS**, it is also desirable and in the best interests of the Corporation that the Corporation pursue and, if possible, enter into a sale of all or substantially all of the assets of the Corporation in a single transaction or multiple transactions, including, but not limited to, any merger, consolidation or similar transaction.

**NOW, THEREFORE,** be it:

**RESOLVED**, that the Corporation be, and hereby is, authorized and empowered to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (such voluntary petition, the "<u>Chapter 11 Case</u>") in a court of proper jurisdiction which petition may, but need not be, a petition under Subchapter 5 of such Chapter 11; and

**RESOLVED FURTHER**, that Joel MacDonald, President and Secretary (the "<u>Authorized Officer</u>"), acting singly, be and hereby is, authorized and directed, in the name of and on behalf of the Corporation, appointed as the Corporation's authorized representative, and in such capacity, with power of delegation, be and hereby is, authorized and empowered to execute and file on behalf of the Corporation or authorize the execution of, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents, and to take any and all actions that he deems necessary, proper and desirable to obtain such relief in the Chapter 11 Case, including, without limitation, any actions necessary to maintain the ordinary course operation of the Corporation's business.

1

**RESOLVED FURTHER**, that the Authorized Officer be, and acting singly hereby is, authorized and directed to employ the law firm of Barclay Damon LLP as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer, acting singly, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application to retain the services of Barclay Damon LLP.

**RESOLVED FURTHER**, that the Authorized Officer be, and acting singly hereby is, authorized and directed to employ any other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, the Authorized Officer, acting singly, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary.

**RESOLVED FURTHER**, that the Authorized Officer be, and acting singly hereby is, authorized and directed to, with power of delegation, to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that the Authorized Officer deems necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case.

**RESOLVED FURTHER**, that in connection with the Chapter 11 Case, the Authorized Officer be, and acting singly hereby is, authorized and empowered to cause the Corporation to obtain debtor-in-possession financing in such amounts, from such parties, having such collateral (which may include all assets of the Corporation) and upon such terms as the Corporation's Board of Directors shall approve.

**RESOLVED FURTHER** that the Authorized Officer be, and acting singly hereby is, authorized to execute, deliver and file in the name and on behalf of the Corporation, one or more promissory notes, security agreements and all other agreements, instruments and other documents required or deemed necessary or desirable to be executed in connection with any sale described in the preceding Resolution and approved by the Corporation's Board of Directors, that any Authorized Officer executing the same shall approve, the execution thereof to be conclusive evidence of such approval.

**RESOLVED FURTHER**, that as part of the Chapter 11 Case, the Authorized Officer be, and acting singly hereby is, authorized and empowered to cause the Corporation to pursue and, if possible, enter into a sale of all or substantially all of the assets of the Corporation in a single transaction or multiple transactions, including, but not limited to, any merger, consolidation or

2

similar transaction, with such party or parties, for such consideration and upon such terms as the Corporation's Board of Directors shall approve.

**RESOLVED FURTHER** that the Authorized Officer be, and acting singly hereby is, authorized to execute, deliver and file in the name and on behalf of the Corporation, one or more purchase agreements and all other agreements, instruments and other documents required or deemed necessary or desirable to be executed in connection with any sale described in the preceding Resolution and approved by the Corporation's Board of Directors, that any Authorized Officer executing the same shall approve, the execution thereof to be conclusive evidence of such approval.

**RESOLVED FURTHER**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer, acting singly, and his designees and delegates, be, and they hereby are, authorized and empowered, in the name of and on behalf of the Corporation, to take or cause to be taken any and all such other and further actions, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents to pay all expenses, including but not limited to filing fees, in each case as in such officer's judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein.

**RESOLVED FURTHER**, that all actions, transactions, agreements and certificates relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Corporation, which actions, transactions, agreements and certificates would have been approved by the foregoing Resolutions except that such actions, transactions, agreements and certificates were taken before the adoption of these Resolutions, are hereby, in all respects approved and ratified as the true acts and deeds of the Corporation, with the same force and effect as if each such action, transaction, agreement or certificate had been specifically authorized in advance by the Corporation and its stockholder.

**[Signature Page Follows]**

3

**IN WITNESS WHEREOF**, the undersigned have duly executed this Written Consent as of the date first above written.

_____
Joel MacDonald, Director

63971033.1
24868747.1

**Fill in this information to identify the case:**

Debtor name    **GetSwift, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑   Other document that requires a declaration    **Top 20 Unsecured Creditors Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **08 / 02 / 2022**     X _____
                                           Signature of individual signing on behalf of debtor

                                           **Joel MacDonald**
                                           Printed name

                                           **President and Secretary**
                                           Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | GetSwift, Inc. |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ADP Totalsource One ADP Boulevard Roseland, NJ 07068** | **Kim Hardy** kim.hardy@adp.com | **Payroll software platform** | **Contingent Unliquidated Disputed** | | | $1,673.83 |
| **Alert Logic, Inc. 1776 Yorktown, 7th Floor Houston, TX 77056** | **J. Nightingale** jnightingale@alertlogic.com | **Credit Card** | **Contingent Unliquidated Disputed** | | | $14,770.00 |
| **Bane Hunter 330 Ovington Avenue Brooklyn, NY 11209** | | **Salary - Former CEO** | **Contingent Unliquidated Disputed** | | | $94,331.50 |
| **Bit by Byte Ltd a/k/a BBB 52 Heathfield Road London W3 8EJ ENGLAND** | **Sasa Maljikovic** sasa@getswift.co | **Vendor** | **Contingent Unliquidated Disputed** | | | $209,213.45 |
| **Chase Credit Card P.O. Box 15298 Wilmington, DE 19850** | | **Credit card - automated payments of Saas Paas vendors, etc.** | **Contingent Unliquidated Disputed** | | | $42,178.58 |
| **Coast Media LLC 3200 Paseo Village Way, 1714 San Diego, CA 92130** | **Scott** scott@coast.media | **Vendor** | **Contingent Unliquidated Disputed** | | | $1,524.81 |
| **Comcast Cable Communication Management, LLC 1701 JFK Boulevard Philadelphia, PA 19103-2838** | online.communications@alerts.comcast.net | **Vendor** | **Contingent Unliquidated Disputed** | | | $12,615.21 |
| **Consilio Inc. 1828 L Street NW, Suite 1070 Washington, DC 20036** | billing@consilio.com | **Legal vendor** | **Contingent Unliquidated Disputed** | | | $7,835.53 |

Debtor   **GetSwift, Inc.**                                          Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Datasite LLC (Merrill LLC)** **733 South Marquette Avenue** **Suite 1325** **Minneapolis, MN 55402** | **Becky Graff** becky.graff@datasite.com | **Vendor** | **Contingent Unliquidated Disputed** | | | **$8,850.63** |
| **Eplexity, LLC** **4700 South Syracuse Street** **Suite 600** **Denver, CO 80237** | accounting@eplexity.com | **Vendor** | **Contingent Unliquidated Disputed** | | | **$702,079.67** |
| **EverSheds Sutherlands LLP** **999 Peachtree Street NE** **Suite 2300** **Atlanta, GA 30309-3996** | **Phyllis White** PhyllisWhite@eversheds-sutherland.us | **Legal counsel** | **Contingent Unliquidated Disputed** | | | **$6,460.00** |
| **Litchfield Cavo LLP** **1300 Parkwood Circle SE** **suite 170** **Atlanta, GA 30339** | goselin@litchfieldcavo.com | **Legal counsel** | **Contingent Unliquidated Disputed** | | | **$2,130.00** |
| **Olo, Inc.** **One World Trade Center** **82 Floor** **New York, NY 10007** | **Ross Basalatan** ross.basalatan@olo.com | **Software partner** | **Contingent Unliquidated Disputed** | | | **$1,814.37** |
| **Plaza 7000 LLC** **650 South Cherry Street** **Suite 1200** **Denver, CO 80246** | **Joe N.** JoeN@corumreg.com | **Former Landlord** | **Contingent Unliquidated Disputed** | | | **$153,183.19** |
| **Prosperity LLC** **102 East 1st Street** **Loveland, CO 80537** | eprohs@gmail.co | **Former landlord** | **Contingent Unliquidated Disputed** | | | **$61,770.20** |
| **RSM US LLP** **151 West 42nd Street** **Floors 18-20** **New York, NY 10036** | **Charles Warshaw** Charles.Warshaw@rsmus.com | **Accounting** | **Contingent Unliquidated Disputed** | | | **$46,337.50** |
| **Santomassimo Davis LLP** **1 Gatehall Drive, Suite 100** **Parsippany, NJ 07054** | **S. Cowden** scowden@ogcsolutions.com | **Legal counsel** | **Contingent Unliquidated Disputed** | | | **$28,677.23** |

Debtor **GetSwift, Inc.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Twilio Inc.<br>101 Spear Street, Suite 100<br>San Francisco, CA 94105 | ar@twilio.com | Vendor | Contingent Unliquidated Disputed | | | $18,774.27 |
| WireWheel, Inc.<br>1310 North Courthouse Road Suite 200<br>Arlington, VA 22201 | Accounting@wirewheel.io | Vendor | Contingent Unliquidated Disputed | | | $10,833.08 |
| Zoho Corporation - Site 24x7<br>4141 Hacienda Drive<br>Pleasanton, CA 94588 | payments@zohocorp.com | Vendor | Contingent Unliquidated Disputed | | | $1,304.32 |

**In re:  GetSwift, Inc.**
**Top 20 Unsecured Creditors Matrix**

```
KIM HARDY
ADP TOTALSOURCE
ONE ADP BOULEVARD
ROSELAND, NJ 07068


J. NIGHTINGALE
ALERT LOGIC, INC.
1776 YORKTOWN, 7TH FLOOR
HOUSTON, TX 77056


BANE HUNTER
330 OVINGTON AVENUE
BROOKLYN, NY 11209


SASA MALJIKOVIC
BIT BY BYTE LTD A/K/A BBB
52 HEATHFIELD ROAD
LONDON W3 8EJ
ENGLAND


CHASE CREDIT CARD
P.O. BOX 15298
WILMINGTON, DE 19850


SCOTT
COAST MEDIA LLC
3200 PASEO VILLAGE WAY, 1714
SAN DIEGO, CA 92130


COMCAST CABLE COMMUNICATION
MANAGEMENT, LLC
1701 JFK BOULEVARD
PHILADELPHIA, PA 19103-2838


CONSILIO INC.
1828 L STREET NW, SUITE 1070
WASHINGTON, DC 20036


BECKY GRAFF
DATASITE LLC (MERRILL LLC)
733 SOUTH MARQUETTE AVENUE
SUITE 1325
MINNEAPOLIS, MN 55402
```

EPLEXITY, LLC
4700 SOUTH SYRACUSE STREET
SUITE 600
DENVER, CO 80237

PHYLLIS WHITE
EVERSHEDS SUTHERLANDS LLP
999 PEACHTREE STREET NE
SUITE 2300
ATLANTA, GA 30309-3996

LITCHFIELD CAVO LLP
1300 PARKWOOD CIRCLE SE
SUITE 170
ATLANTA, GA 30339

ROSS BASALATAN
OLO, INC.
ONE WORLD TRADE CENTER
82 FLOOR
NEW YORK, NY 10007

JOE N.
PLAZA 7000 LLC
650 SOUTH CHERRY STREET
SUITE 1200
DENVER, CO 80246

PROSPERITY LLC
102 EAST 1ST STREET
LOVELAND, CO 80537

CHARLES WARSHAW
RSM US LLP
151 WEST 42ND STREET
FLOORS 18-20
NEW YORK, NY 10036

S. COWDEN
SANTOMASSIMO DAVIS LLP
1 GATEHALL DRIVE, SUITE 100
PARSIPPANY, NJ 07054

TWILIO INC.
101 SPEAR STREET, SUITE 100
SAN FRANCISCO, CA 94105

```
WIREWHEEL, INC.
1310 NORTH COURTHOUSE ROAD
SUITE 200
ARLINGTON, VA 22201


ZOHO CORPORATION - SITE 24X7
4141 HACIENDA DRIVE
PLEASANTON, CA 94588
```

# United States Bankruptcy Court
## Southern District of New York

In re  **GetSwift, Inc.** _____    Case No. _____
                              Debtor(s)                   Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **GetSwift Limited**<br>**Level 12 225 George Street**<br>**Sydney, New South Wales, 2000**<br>**AUSTRALIA** | | | **Immediate Parent** |
| **GetSwift Technologies Limited**<br>**1185 6th Avenue**<br>**New York, NY 10036** | | | **Parent** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President and Secretary** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **08 / 02 / 2022** _____    Signature _____
                                                              **Joel MacDonald**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re   **GetSwift, Inc.**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **GetSwift, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**GetSwift Limited
Level 12 225 George Street
Sydney, New South Wales, 2000
AUSTRALIA**

**GetSwift Technologies Limited
1185 6th Avenue
New York, NY 10036**

☐ None [*Check if applicable*]

**08 / 02 / 2022**

Date

*/s/Janice B. Grubin*

**Janice B. Grubin**

Signature of Attorney or Litigant

Counsel for   **GetSwift, Inc.**

**Barclay Damon LLP**

**1270 Avenue of the Americas
Suite 501
New York, NY 10020
212-784-5808 Fax:212-784-5775
jgrubin@barclaydamon.com**

# United States Bankruptcy Court
## Southern District of New York

In re  **GetSwift, Inc.** _____  Case No. _____

_____ Debtor(s)  Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX


I, the President and Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true

and correct to the best of my knowledge.


Date:  **08 / 02 / 2022** _____         _____

**Joel MacDonald**/**President and Secretary**
Signer/Title

1PASSWORD
4711 YONGE STREET, 10TH FLOOR
TORONTO, ON M2N 6K8
CANADA


ADP TOTALSOURCE
ONE ADP BOULEVARD
ROSELAND, NJ 07068


ADP TOTALSOURCE
P.O. BOX 842875
BOSTON, MA 02284-2875


ALERT LOGIC, INC.
1776 YORKTOWN, 7TH FLOOR
HOUSTON, TX 77056


ALERT LOGIC, INC.
75 REMITTANCE DRIVE
SUITE 6693
CHICAGO, IL 60675-6693


ALLIANCE VIRTUAL OFFICING CORP
2831 ST. ROSE PARKWAY
HENDERSON, NV 89052


AMAZON
410 TERRY AVENUE NORTH
SEATTLE, WA 98109


ANDRIC LAW OFFICE
KNEZ MIHAILOVA 1-3
11000 BEOGRAD
SERBIA


APPLE STORE
1 INFINITE LOOP
CUPERTINO, CA 95014-2083


BANE HUNTER
330 OVINGTON AVENUE

BROOKLYN, NY 11209


BASECAMP, LLC
2045 WEST GRAND AVENUE
SUITE B
CHICAGO, IL 60612


BIT BY BYTE LTD A/K/A BBB
52 HEATHFIELD ROAD
LONDON W3 8EJ
ENGLAND


CALIFORNIA STATE TAXES
P.O. BOX 942840
SACRAMENTO, CA 94240-0040


CAMMISA MARKEL, PLLC
30 VESEY STREET, 14TH FLOOR
NEW YORK, NY 10007


CCC OF NEW YORK
P.O. BOX 288
TONAWANDA, NY 14151-0288


CHASE CREDIT CARD
P.O. BOX 15298
WILMINGTON, DE 19850


COAST MEDIA LLC
3200 PASEO VILLAGE WAY, 1714
SAN DIEGO, CA 92130


COMCAST CABLE COMMUNICATION
MANAGEMENT, LLC
1701 JFK BOULEVARD
PHILADELPHIA, PA 19103-2838


COMCAST CABLE COMMUNICATION
COMCAST BUSINESS
P.O. BOX 8587
PHILADELPHIA, PA 19101-8587

CONSILIO INC.
1828 L STREET NW, SUITE 1070
WASHINGTON, DC 20036


DATASITE LLC (MERRILL LLC)
733 SOUTH MARQUETTE AVENUE
SUITE 1325
MINNEAPOLIS, MN 55402


DATASITE LLC (MERRILL LLC)
P.O. BOX 74007252
CHICAGO, IL 60674-7252


DOCUSIGN INC.
221 MAIN STREET, SUITE 1550
SAN FRANCISCO, CA 94105


EMERGE 212 LLC
(SL GREEN)
1185 6TH AVENUE, 3RD FLOOR
NEW YORK, NY 10036


EPLEXITY, LLC
4700 SOUTH SYRACUSE STREET
SUITE 600
DENVER, CO 80237


EPLEXITY, LLC
P.O. BOX 204882
DALLAS, TX 75320-4882


EVERSHEDS SUTHERLANDS LLP
999 PEACHTREE STREET NE
SUITE 2300
ATLANTA, GA 30309-3996


FEDEX CORP.
95 WELLINGTON ST. W, STE 800
TORNOTO, ON M5J 2N7
CANADA

GETSWIFT D.O.O. BEOGRAD
GSW BELGRADE, SERBIA)
1185 SIXTH AVENUE
NEW YORK, NY 10036


GITHUB, INC.
88 COLIN P. KELLY JR. STREET
SAN FRANCISCO, CA 94107


GOOGLE ADS FKA GOOGLE ADWORDS
1600 AMPHITHEATER PARKWAY
MOUNTAIN VIEW, CA 94043-1351


GOOGLE AUSTRALIA PTY LIMITED
LEVEL 5, 48 PIRRAMA ROAD
PYMONT NSW 2009
AUSTRALIA


GOOGLE INC.
1600 AMPHITHEATER PARKWAY
MOUNTAIN VIEW, CA 94043-1351


GOOGLE LLC
1600 AMPHITHEATER PARKWAY
MOUNTAIN VIEW, CA 94043-1351


HERE TECHNOLOGIES LLC
425 WEST RANDOLPH STREET
CHICAGO, IL 60606


IUBENDA SRL
VIA SAN RAFFAELE, 1
20121 MILAN
ITALY


JOEL MACDONALD
1185 6TH AVENUE, LEVEL 3
NEW YORK, NY 10036

KEY-RITE SECURITY
5570 EAST YALE AVENUE
DENVER, CO 80222


LITCHFIELD CAVO LLP
1300 PARKWOOD CIRCLE SE
SUITE 170
ATLANTA, GA 30339


MATTHEW HALITZER
11 TAIN DRIVE
GREAT NECK, NY 11021


MEDIANT COMMUNICATIONS INC.
400 REGENCY FORREST DRIVE
SUITE 200
CARY, NC 27518


MESSAGEBIRD B.V.
TROMPENBURGSTRAAT 2C 1079 TX
AMSTERDAM
THE NETHERLANDS


MICROSOFT 365
ONE MICROSOFT WAY
REDMOND, WA 98052


NATIVEFORMS
2035 SUNSET LAKE ROAD
SUITE B2
NEWARK, DE 19702


OFFICEWORKS AUSTRALIA
92 QUEEN VICTORIA STREET
FREEMANTLE, WA
AUSTRALIA


OLO, INC.
ONE WORLD TRADE CENTER
82 FLOOR
NEW YORK, NY 10007

PLAZA 7000 LLC
650 SOUTH CHERRY STREET
SUITE 1200
DENVER, CO 80246


PRODUCTBOARD INC.
612 HOWARD STREET, 4TH FLOOR
SAN FRANCISCO, CA 94105


PROSPERITY LLC
102 EAST 1ST STREET
LOVELAND, CO 80537


PROSPERITY LLC
P.O. BOX 7181
LOVELAND, CO 80537


QANTAS
10 BURKE ROAD
MASCOT NSW 2020
AUSTRALIA


RED HAT, INC. (QUAY.LO)
100 EAST DAVIE STREET
RALEIGH, NC 27601


RSM US LLP
151 WEST 42ND STREET
FLOORS 18-20
NEW YORK, NY 10036


SANTOMASSIMO DAVIS LLP
1 GATEHALL DRIVE, SUITE 100
PARSIPPANY, NJ 07054


SENDGRID INC.
1801 CALIFORNIA STREET
SUITE 500
DENVER, CO 80202

SENDGRID INC.
375 BEALE STREET
3RD FLOOR
SAN FRANCISCO, CA 94105


SHAKE SHACK
225 VARICK STREET, SUITE 301
NEW YORK, NY 10014


SUSAN COX
112C PETRA STREET
BICTON WA 6157
AUSTRALIA


TWILIO INC.
101 SPEAR STREET, SUITE 100
SAN FRANCISCO, CA 94105


UBER
1515 3RD STREET
SAN FRANCISCO, CA 94158


VIMEO
5555 WEST 18TH STREET
NEW YORK, NY 10011


WIREWHEEL, INC.
1310 NORTH COURTHOUSE ROAD
SUITE 200
ARLINGTON, VA 22201


WOOD AITKEN LLP
301 SOUTH 13TH STREET
SUITE 500
LINCOLN, NE 68508


WP MAIL SMTP
2701 OKEECHOBEE BOULEVARD
SUITE 400
WEST PALM BEACH, FL 33409

XERO (NZ) LTD
P.O. BOX 24 537
WELLINGTON 6011
NEW ZEALAND


XERO INC.
P.O. BOX 24 537
WELLINGTON 6011
NEW ZEALAND


ZENDESK, INC.
989 MARKET STREET
SAN FRANCISCO, CA 94103


ZOHO CORPORATION - SITE 24X7
4141 HACIENDA DRIVE
PLEASANTON, CA 94588


ZOOM VIDEO COMMUNICATIONS INC.
55 ALMADEN BOULEVARD
6TH FLOOR
SAN JOSE, CA 95113