**BARCLAY DAMON LLP**
Janice B. Grubin
Ilan Markus
Scott L. Fleischer
1270 Avenue of the Americas, Suite 501
New York, New York 10020
Telephone:  (212) 784-5800
jgrubin@barclaydamon.com
imarkus@barclaydamon.com
sfleischer@barclaydamon.com

*Proposed Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| GETSWIFT, INC., | Case No. 22-11057 |
| Debtor. | |
| In re: | Chapter 11, Subchapter V |
| GETSWIFT TECHNOLOGIES LIMITED, | Case No. 22-11058 |
| Debtor. | |

**DISCLOSURE OF COMPENSATION OF ATTORNEYS FOR DEBTORS**

1.   Pursuant to 11 U.S.C. Section 329(a) and Bankruptcy Rule 2016(b), I certify that Barclay Damon LLP ("Barclay Damon") are proposed counsel for the above-named Debtors and that compensation paid to Barclay Damon within one (1) year before the filing of the petitions in bankruptcy, or agreed to be paid to Barclay Damon, for services rendered or to be rendered on behalf of the Debtors in contemplation of or in connection with the bankruptcy cases is as follows:

Prior to the filing of this statement, Barclay Damon has received:

| | |
|---|---|
| 6/16/2022 | $25,000.00 |
| 7/19/2022 | $81,385.12* |

        7/28/2022      $85,000.00

For legal services from August 1, 2022 forward, Barclay Damon has agreed to accept the amounts allowed by the Court.

Balance Due:   Pre-Petition – $9,999.00
                     Post-Petition – those amounts allowed by the Court

\*   *Includes bankruptcy filing fees of $3,476.00, pre-petition fees of $77,909.12, and does not include a retainer for Debtors' bankruptcy cases.*

2. The source of compensation paid to Barclay Damon was the Debtors and the source of compensation to be paid to Barclay Damon is the Debtors.

3. Barclay Damon has not agreed to share the above-disclosed compensation with any other person or persons unless they are partners or associates of Barclay Damon.

4. In return for the above-disclosed fee, Barclay Damon has agreed to render legal services for all aspects of the bankruptcy cases, including:

    a. Analysis of the Debtors' financial situation, and rendering advice to the Debtors regarding their obligations and responsibilities after filing petitions in bankruptcy;

    b. Preparation and filing of any petitions, schedules, statements of financial affairs, and plans which may be necessary or appropriate;

    c. Representation of the Debtors at any and all meetings, including meetings of creditors, bankruptcy court hearings, and any adjourned meetings or hearings thereof;

    d. Representation of the Debtors in adversary proceedings and other contested bankruptcy matters;

    e. Giving the Debtors legal advice with respect to their powers and duties as Debtors-in-Possession in the continued operation of their businesses and management of their property;

    f. Preparing on behalf of the Debtors, as Debtors-in-Possession, necessary applications, answers, reports, orders and other legal papers; and

    g. Performing all other legal services for Debtors as Debtors-in-Possession which may be necessary or appropriate in these proceedings.

5. By agreement with the Debtors, the above-disclosed fee does not include the following services: none.

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to Barclay Damon for representation of the Debtor in this bankruptcy proceeding.

Dated: New York, New York
August 2, 2022

**BARCLAY DAMON LLP**

By: */s/Janice B. Grubin*
Janice B. Grubin
Ilan Markus
Scott L. Fleischer
1270 Avenue of the Americans, Suite 501
New York, New York 10020
Telephone: (212) 784-5800
jgrubin@barclaydamon.com
imarkus@barclaydamon.com
sfleischer@barclaydamon.com

*Proposed Counsel to Debtors and
Debtors-in-Possession*