WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2
U.S. Department of Justice
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500
andrea.b.schwartz@usdoj.gov
By:    Andrea B. Schwartz, Esq., Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                  :       Chapter 11 – Subchapter V
                                                       :
GETSWIFT, INC. A,ND GETSWIFT              :       Case Nos. 22-11057 (MEW)
  TECHNOLOGIES, LTD.,                         :       22-11058 (MEW)
                                                       :       (Joint Administration Pending)
                                       Debtors.   :
------------------------------------------------------------X

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

TO: THE HONORABLE MICHAEL E. WILES,
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned cases:

**Heidi J Sorvino, Esq.**
**White and Williams LLP**
**7 Times Square, Suite 2900**
**New York, New York. 10036**
212-631-4417
**917-301-9138 (mobile)**
sorvinoh@whiteandwilliams.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: New York, New York                WILLIAM K. HARRINGTON
       August 3, 2022                            UNITED STATES TRUSTEE

                                                    By   /s/ Andrea B. Schwartz
                                                           Andrea B. Schwartz, Esq.