**BARCLAY DAMON LLP**
Janice B. Grubin
Ilan Markus
Scott L. Fleischer
1270 Avenue of the Americas, Suite 501
New York, New York 10020
Telephone: (212) 784-5800
jgrubin@barclaydamon.com
imarkus@barclaydamon.com
sfleischer@barclaydamon.com

*Proposed Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11, Subchapter V |
| | : |
| GETSWIFT, INC., *et al*,[1] | : Case No. 22-11057 |
| | : Main Case |
| Debtors. | : Jointly Administered |
| | : |

------------------------------------------------------------------x

## AGENDA FOR FIRST DAY HEARING

| | |
|---|---|
| Time and Date of Hearing: | August 5, 2022 at 11:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Michael E. Wiles<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton U.S. Custom House<br>One Bowling Green, Courtroom No. 617<br>New York, New York 10004 |
| Hearing Attendance Instructions: conducted | In accordance with General Order M-543 ("General Order M-543") dated March 20, 2020, the First Day Hearing will only be<br><br>Telephonically. Any parties wishing to participate in the First Day Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GetSwift, Inc. (4235) and GetSwift Technologies Limited (0001).

| | |
|---|---|
| Copies of Motions: | A copy of each pleading may be obtained free of charge by clicking on the following link https://www.imanageshare.com/pd/9q8OXuM9qvA. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein. |

## I. Introduction.

1. *Voluntary Petitions.*

2. *First Day Declaration.*  Local Rule 1007-2 Declaration of Joel Macdonald

## II. Matters Requested to be Heard at First Day Hearing.

3. Debtors' Motion to Approve – Motion for Order Authorizing GetSwift Technologies Limited to Act as Foreign Representative on Behalf of the Debtors' Estates [Docket No. 6].

4. Debtors' Motion to Allow Debtors to Maintain Existing Cash Management Systems [Docket No. 7].

5. Debtors' Motion to Authorize (I) Payment of Wages, Compensation, and Employee Benefits and (II) Capital One to Honor and Process Checks and Transfers Related to Such Obligations [Docket No. 8].

6. Debtors' Motion to Approve Debtor in Possession Financing – Debtor's Emergency Motion to an Order Pursuant to Section 364(c) of the Bankruptcy Code (A) Authorizing Debtor to (i) Obtain Postpetition, Secured, Super-priority Financing on a Permanent Basis, (ii) Borrow Under Such Postpetition Facility on an Interim Basis, Pending a Final Hearing on the Motion, (B) Provide Payments to Secured Creditor, and (C) Scheduling an Interim and Final Hearing on the Motion, Pursuant to Bankruptcy Rule 4001 [Docket No. 11].

7. Debtors' Motion to Shorten Time for Entry of Order (A) Approving Bid Procedures Relating to the Sale of Substantially All of the Assets of GetSwift, Inc., (B) Establishing Procedures in Connection with the Assumption to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) Approving Notice Procedures, (D) Approving Stalking Horse Bid Protection, and (E) Granting Related Relief [Docket No. 10].

Related Documents:

Debtors' Motion to Approve (I) (A) Approving Bid Procedures Relating to the Sale of Substantially All of the Assets of GetSwift, Inc., (B) Establishing Procedures in Connection with the Assumption or Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) Approving Notice

Procedures, (D) Approving Stalking Horse Bid Protections, and (E) Granting Related Relief; and (II) (A) Authorizing the Sale of Substantially All of the Assets of GetSwift, Inc., Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption or Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (C) Granted Related Relief [Docket No. 9].

Dated: August 3, 2022
New York, New York

**BARCLAY DAMON LLP**

By:  */s/Janice B. Grubin*
Janice B. Grubin
Ilan Markus
Scott L. Fleischer
1270 Avenue of the Americans, Suite 501
New York, New York 10020
Tel.: (212) 784-5800
jgrubin@barclaydamon.com
imarkus@barclaydamon.com
sfleischer@barclaydamon.com

*Proposed Counsel to Debtors and
Debtors-in-Possession*