# Liquidation Analysis
## GetSwift, Inc.

**Assets**

| | |
|---|---:|
| Total Cash and Cash Equivalents | 90,000 |
| Accounts Receivable (Incl reservation for bad debt) | 90,700 |
| Prepayments | 33,444 |
| Logo Put Option | 0 |
| Intellectual Property related to SaaS Business | 250,000 |
| **Total Current Assets** | **464,144** |

**Chapter 7 Expenses**

| | |
|---|---:|
| Commissions | 26,457 |
| Chapter 7 Counsel | 15,000 |
| Taxes | 25,000 |
| Accountants | 15,000 |
| Administrative Expenses | 25,000 |
| **Total Chapter 7 Expenses** | **106,457** |

| | |
|---|---:|
| **Distributable Funds Net of Chapter 7 Expenses** | **357,687** |
| **Secured Claims - Galatic** | 475,000 |
| **Proceeds available to GUC's in Hypothetical Chapter 7** | **0** |

**Distributions to GUC's under the Plan**

| | |
|---|---:|
| Estimated General Unsecured Claims (GUC's) | 1,618,274 |
| **Proposed Distributions to GUC's** | **0** |
| **Estimated Dividend to GUC's** | **0.00%** |

## Liquidation Analysis
### GetSwift Technologies LTD

**Assets**

| | |
|---|---|
| Total Cash and Cash Equivalents | 100 |
| Prepayments | 3,799 |
| Corporate Shell | 100,000 |
| **Total Current Assets** | **103,899** |

**Chapter 7 Expenses**

| | |
|---|---|
| Commissions | 8,445 |
| Chaper 7 Counsel | 15,000 |
| Taxes | 15,000 |
| Accountants | 15,000 |
| Administrative Expenses | 50,000 |
| **Total Chapter 7 Expenses** | **103,445** |

| | |
|---|---|
| **Distributable Funds Net of Chapter 7 Expenses** | **454** |
| Secured Claims - Galactic | 475,000 |
| **Proceeds available to GUC's in Hypothetical Chapter 7** | **0** |

**Distributions to GUC's under the Plan**

| | |
|---|---|
| Estimated General Unsecured Claims (GUC's) | 1,380,995 |
| **Proposed Distributions to GUC's** | **0** |
| **Estimated Dividend to GUC's** | **0.00%** |

# Feasibility Analysis
## GetSwift, Inc.

|  | Effective Date |
|---|---|
|  | **Jan-23** |

**Description**

**Sources of Cash:**

| | |
|---|---|
| Cash | 1,600,000 |
| SF2 Note - 5 year ($1M) | 0 |
| Accounts Receivable | 150,000 |
| REV Deposit | 280,000 |
| **Total Cash Inflows** | **2,030,000** |

**Uses of Cash:**

| | |
|---|---|
| Taxes | 25,000 |
| Accountants | 75,000 |
| Chapter 11 Professional Fees | 800,000 |
| Personnel | 100,000 |
| Administrator | 50,000 |
| Subchapter V Trustee | 12,500 |
| **Total Cash Outflows** | **1,062,500** |

| | |
|---|---|
| Payment to Secured Creditors | 475,000 |
| Payment to Unsecured Creditors | 587,500 |

## Feasibility Analysis
### GetSwift Technologies LTD

| Description | Effective Date 1/1/2023 |
|---|---:|
| **Sources of Cash:** | |
| Cash | 100 |
| Accounts Receivable | 0 |
| Sale of Corporate Shell | 300,000 |
| **Total Cash Inflows** | **300,100** |
| | |
| **Uses of Cash:** | |
| Taxes | 2,000 |
| Accountants | 10,000 |
| Chapter 11 Professional Fees | 100,000 |
| Personnel | 45,000 |
| Administrator | 25,000 |
| Subchapter V Trustee | 7,500 |
| **Total Cash Outflows** | 189,500 |
| | |
| Payment to Unsecured Creditors | 110,600 |
| Payment to Secured Claims | N/A |