# EXHIBIT A



# Delaware
## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "GETSWIFT, INC.", CHANGING ITS NAME FROM "GETSWIFT, INC." TO "GSI WIND DOWN, INC.", FILED IN THIS OFFICE ON THE FOURTEENTH DAY OF FEBRUARY, A.D. 2023, AT 2:22 O`CLOCK P.M.



Jeffrey W. Bullock, Secretary of State

5942787  8100
SR# 20230509976

Authentication: 202717985
Date: 02-15-23

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 02:22 PM 02/14/2023
FILED 02:22 PM 02/14/2023
SR 20230509976 - File Number 59427

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT
# OF CERTIFICATE OF INCORPORATION
# OF
# GETSWIFT, INC.

The corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware does hereby certify:

**FIRST**: That Joel Macdonald, pursuant to the authority granted to him as an Authorized Officer in the Written Consent of Sole Stockholder of GetSwift, Inc., dated June 27, 2022, duly adopted resolutions setting forth a proposed amendment of the Certificate of Incorporation of said corporation, declaring said amendment to be advisable. The resolution setting forth the proposed amendment is as follows:

> **RESOLVED**, that the Certificate of Incorporation of this corporation be amended by changing the Article thereof numbered "First" so that, as amended, said Article shall be and read as follows:
>
> **First:** The name of this Corporation is **GSI Wind Down, Inc.**

**SECOND**: That said amendment was duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

**THIRD:** That, effective as of the date this certificate is filed with the Secretary of State, Article numbered "First" of the Certificate of Incorporation of this corporation is hereby amended to read in its entirety as follows:

> **First:** The name of this Corporation is **GSI Wind Down, Inc.**

**IN WITNESS WHEREOF**, said corporation has caused this certificate to be signed this _14th_ day of February, 2023.

By: _____
Joel Macdonald, President